STATE OF MISSOURI, Respondent, *v.* PATRICK MACKLIN, Appellant.

1. *Practice, Civil — Supreme Court — Judgment affirmed, when.* — Where respondent presents to the Supreme Court a transcript of the record, and it appears therefrom that the appeal was taken more than thirty days before the commencement of the term, and no steps have been taken to prosecute the appeal, the judgment of the lower court will, on motion, be affirmed.

*Appeal from St. Louis Court of Criminal Correction.*

*W. C. Huffman,* for appellant.

*J. P. Colcord,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

The respondent now comes and presents to this court a transcript of the record, and asks for an affirmance of the judgment rendered in this cause. It appears that the appeal was taken on the 24th day of May, 1869, and no steps have been pursued to prosecute it by the appellant. The motion will therefore be sustained and the judgment affirmed.

Affirmed. The other judges concur.